(June 27, 1967)

NATHAN GOLD et al., Appellants, v. JULIA R. RUBIN et al., Defendants, and HELEN M. CLARK, Respondent.

Concur — Eager, J. P., Steuer, Capozzoli, Rabin and McGivern, JJ.

CHARLES SELIGSON, as Trustee in Bankruptcy of IRA HAUPT & Co., Plaintiff, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Defendant and Third-Party Plaintiff-Respondent. AMERICAN EXPRESS COMPANY, Third-Party Defendant-Appellant.

Concur — Eager, J. P., Steuer, Capozzoli and Rabin, JJ.; McGivern, J., concurs under constraint of *Krause* v. *American Guar. & Liab. Ins. Co.* (27 A D 2d 353) case but adheres to the views expressed in the dissenting opinion therein.

CARL S. VICTOR, Respondent, v. LYON ASSOCIATES, INC., et al., Defendants. HANOVER INSURANCE COMPANY OF NEW YORK, Appellant.

Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.

MARSHALL PERLIN, Appellant, v. 601 WEST 26 CORP. et al., Respondents.—

Concur — Botein, P. J., Stevens, Capozzoli, Rabin and McNally, JJ.